UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CANDRA WINSTON,

                                                    Plaintiff,

                        -against-

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, INSPECTOR BRYAN, CAPTAIN
MICHAEL VANCHIERI, LT. GORDON HUGHES,
LT. NICHOLAS FERRARO, individually and in their
official capacities,

                                                    Defendants,

------------------------------------------------------------------- x

**STIPULATION**

12 Civ. 0395(FB)(VVP)

      **IT IS HEREBY STIPULATED AND AGREED,** by and among the parties as

represented below, that above-captioned action be, and it hereby is, withdrawn, discontinued,

and dismissed, with prejudice, and without costs, fees, or disbursements to any party.  This

stipulation may be filed by either party without notice to the other.

Dated:      New York, New York
           August 3, 2015

                **CRONIN & BYCZEK LLP**
                Attorney for Plaintiff
                1979 Marcus Avenue, Suite 210
                Lake Success, New York 11042
                 (516) 358-1700
                mbobker@cblawyers.net

By:                           
                          Moshe Bobker

Dated:        New York, New York
              August 3, 2015

                                   **ZACHARY W. CARTER**
                                   Corporation Counsel of the
                                     City of New York
                                   Attorney for Defendants
                                   100 Church Street, Room 2-141
                                   New York, New York 10007-2601
                                   (212) 356-1104
                                   abalog@law.nyc.gov

                        By:
                                   Aliza J. Balog
                                   Assistant Corporation Counsel